UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CGG 18-021886
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR BANK OF AMERICA, N.A.

Order Filed on December 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

CAMILLE D VAUGHN, DEBTOR

CASE NO.: 18-14776-MBK

HEARING DATE: DECEMBER 11, 2018

JUDGE: HONORABLE MICHAEL B. KAPLAN

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Robert C. Nisenson, attorney for the Debtor upon filing of a Chapter 13 Plan, and Bank of Amercia, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan: and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order; and for other good cause shown,

1. Debtor will sell property located at 4217 Birchwood Court, North Brunswick, New Jersey 08902 and complete the sale within twelve (12) month from confirmation of the Chapter 13 Plan.

2. Debtor also agrees to maintain all contractually due mortgage payments, which currently amount to $2,110.87 per month to Secured Creditor, until the property is sold.

3. The sale of the property shall provide for a full payment of Secured Creditor's lien securing the subject property. Secured Creditor agrees to provide an updated payoff letter prior to any scheduled closing date.

4. If the Debtor fails to complete a sale of the property within twelve (12) months of confirmation of the Chapter 13 Plan, Debtor must 1) file a Modified Chapter 13 Plan to fully cure all pre-petition and post-petition arrears, 2) surrender the subject property, or 3) convert to a Chapter 7 Case.

5. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due or otherwise fails to comply with any material provision of this Order, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and the Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 12-4-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 11/21/18
Robert C. Nisenson, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Camille D Vaughn  
    Debtor

Case No. 18-14776-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 12, 2018  
               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.  
db          +Camille D Vaughn,    4217 Birchwood Court,    North Brunswick, NJ 08902-3916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Charles G. Wohlrab    on behalf of Creditor    BANK OF AMERICA, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Katherine Knowlton Lopez    on behalf of Creditor    BANK OF AMERICA, N.A. klopez@logs.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corp kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marlena S. Diaz-Cobo    on behalf of Creditor    Hearthwood at North Brunswick Condominium Association, Inc. collections@theassociationlawyers.com  
         Robert C. Nisenson    on behalf of Debtor Camille D Vaughn rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 8