Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–14776–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Camille D Vaughn
   4217 Birchwood Court
   North Brunswick, NJ 08902

Social Security No.:
   xxx–xx–0508

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/23/19 at 09:00 AM

to consider and act upon the following:

*43* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 6/21/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 6/19/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court