UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Camille D Vaughn

Order Filed on November 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-14776 MBK

Chapter: 7

Hearing Date: November 7, 2019 at 10:00 A.M.

Judge: Michael B. Kaplan

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 8, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2013 TOYOTA RAV4, VIN: JTMRFREV3DD027206,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Camille D Vaughn  
    Debtor

Case No. 18-14776-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Nov 08, 2019  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.  
db　　　　+Camille D Vaughn,　　7203 Tamarron Drive,　　Plainsboro, NJ 08536-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:

    Charles G. Wohlrab　　on behalf of Creditor　　BANK OF AMERICA, N.A. cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
    Denise E. Carlon　　on behalf of Creditor　　Toyota Motor Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Katherine Knowlton Lopez　　on behalf of Creditor　　BANK OF AMERICA, N.A. klopez@logs.com  
    Kevin Gordon McDonald　　on behalf of Creditor　　Toyota Motor Credit Corp kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marlena S. Diaz-Cobo　　on behalf of Creditor　　Hearthwood at North Brunswick Condominium Association, Inc. collections@theassociationlawyers.com  
    Robert C. Nisenson　　on behalf of Debtor Camille D Vaughn rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
    Thomas Orr　　tom@torrlaw.com, Torr@ecf.axosfs.com  
    Tiffany L Byczkowski　　on behalf of Creditor　　Hearthwood at North Brunswick Condominium Association, Inc. collections@theassociationlawyers.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

                                                                                                      TOTAL: 9