Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.: 18–14776–KCF
                          Chapter: 7
                          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Camille D Vaughn
   7203 Tamarron Drive
   Plainsboro, NJ 08536

Social Security No.:
   xxx–xx–0508

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 16, 2020</u>                <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court